IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISIPPI
EASTERN DIVISION

| | |
|---|---|
| REAL HOSPITALITY, LLC, d/b/a EDS BURGER JOINT,<br><br>      *Plaintiff*,<br><br>    v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>      *Defendants*. | Case No. 2:20-cv-87-KS-MTP |

**FINAL JUDGMENT**

For the reasons provided in a Memorandum Opinion and Order (ECF No. 23) entered on November 4, 2020, the Court enters this Final Judgment in favor of Defendant, Travelers Casualty Insurance Company of America. Plaintiff's claims are dismissed with prejudice, with both parties to bear their own costs.

SO ORDERED AND ADJUDGED this 4th day of December, 2020.

                                            /s/ Keith Starrett
                                            KEITH STARRETT
                                            UNITED STATES DISTRICT JUDGE